UNITED STATES BANKRUPTCY COURT<br>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LANCE MARSHALL SIMONS, | : | |
| a/k/a LANCE M. SIMONS, | : | CASE NO.: 5:23-bk-01149 |
| a/k/a LANCE SIMONS, | : | |
| and DAWN MICHELE SIMONS, | : | |
| a/k/a DAWN M. SIMONS, | : | |
| a/k/a DAWN SIMONS, | : | |
| d/b/a JCS RECYCLING, | : | |
| Debtors. | : | |

MOTION TO WITHDRAW CHAPTER 13 PETITION

TO:    THE HONORABLE MARK J. CONWAY, U.S. BANKRUPTCY JUDGE

Debtors, Lance Marshall Simons and Dawn Michele Simons, by and through their attorney, Robert J. Kidwell, Esq., respectfully represent as follows:

1.    A Voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Code was filed herein on May 23, 2023.

2.    No order of discharge has been entered in this case.

3.    The Debtor believes that it is in their best interest to withdraw the instant Chapter 13 Petition and request dismissal of the herein case.

4.    Section 1307 of the U.S. Bankruptcy Code provides that a debtor may at any time request dismissal of a Chapter 13 Petition.

WHEREFORE, Movant prays that the Order for Relief resulting from the filing of the Voluntary Petition be set aside, that their Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code be dismissed without prejudice, and that they have such other and further relief as is just and proper.

DATED:  April 27, 2026             NEWMAN, WILLIAMS, P.C.


By: Robert J. Kidwell
     Robert J. Kidwell, Esq.
     Attorney ID#206555
     Attorney for Debtor
     712 Monroe Street
     Stroudsburg, PA  18360
     570-421-9090
     rkidwell@newmanwilliams.com