UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| LANCE MARSHALL SIMONS, | : | |
| a/k/a LANCE M. SIMONS, | : | CASE NO.: 5:23-bk-01149 |
| a/k/a LANCE SIMONS, | : | |
| and DAWN MICHELE SIMONS, | : | |
| a/k/a DAWN M. SIMONS, | : | |
| a/k/a DAWN SIMONS, | : | |
| d/b/a JCS RECYCLING, | : | |
| Debtors. | : | |

AFFIDAVIT OF DEBTORS REQUESTING
THE VOLUNTARY WITHDRAWAL OF CHAPTER 13 CASE


The undersigned hereby request and direct the law firm of Newman Williams,

P.C. to arrange for the voluntary withdrawal of the above-referenced Chapter 13 case. It

is understood that the withdrawal of the Chapter 13 proceeding will eliminate the

protection from the collection efforts of creditors which is afforded by the United States

Bankruptcy Code.




Dated: April 27, 2026            /s/ Lance Marshall Simons
                                 Lance Marshall Simons, Debtor



                                 /s/ Dawn Michele Simons
                                 Dawn Michele Simons, Co-Debtor