UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| LANCE MARSHALL SIMONS, | : | |
| a/k/a LANCE M. SIMONS, | : | CASE NO.: 5:23-bk-01149 |
| a/k/a LANCE SIMONS, | : | |
| and DAWN MICHELE SIMONS, | : | |
| a/k/a DAWN M. SIMONS, | : | |
| a/k/a DAWN SIMONS, | : | |
| d/b/a JCS RECYCLING, | : | |
| Debtors. | : | |

ORDER

Upon consideration of Debtors Motion to Withdraw Chapter 13 Petition,

IT IS ORDERED that the above-named Petition is hereby withdrawn and that the

Trustee is hereby discharged.